# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DALYCE BURVANT

VERSUS

AXIS SURPLUS INSURANCE
COMPANY A/K/A AXIS INSURANCE
SERVICES, LLC AND HOOTERS OF
LOUISIANA, LLC A/K/A
HOOTER'S OF SLIDELL

NO.   2025 CW 1237

**MARCH 23, 2026**

---

In Re:    Axis Insurance Company and Wings Up of Slidell,
          L.L.C., applying for supervisory writs, 22nd Judicial
          District Court, Parish of St. Tammany, No. 201912355.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT NOT CONSIDERED.** This writ application failed to comply with Rule 4-5(C)(9) of the Uniform Rules of Louisiana Courts of Appeal, as it failed to include the attachments to plaintiffs' opposition to the defendants' motion for summary judgment. Although plaintiff's opposition was included in the writ application, the attachments to that opposition were not included. This court notes this deficiency was previously identified in a prior writ application filed by relators. See **Burvant v. Axis Surplus Insurance Company**, 2025-0673 (La. App. 1st Cir. 11/3/25), 2025 WL 3077942 (unpublished).

    Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

_(signature)_
DEPUTY CLERK OF COURT
FOR THE COURT